ELLIOT ENOKI
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2001

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANOOCHEHR KAVEHPISHEH, ) <br> also known as, "Alex Huss," ) <br> "Alexander Hussey," ) <br> "Alexandren Hussley," ) <br> "Marque Akiaka," ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR01-00420 DAE <br><br> INDICTMENT <br> [18 U.S.C. §§ 1543 <br> & 911] |

INDICTMENT

COUNT 1

The Grand Jury charges:

That on or about September 24, 2001, in the District of Hawaii, MANOOCHEHR KAVEHPISHEH, also known as, "Alex Huss," "Alexander Hussey," "Alexandren Hussley," "Marque Akiaka," the defendant, did willfully and knowingly use an instrument purporting to be a passport, which in truth and fact was not a lawful passport.

All in violation of Title 18, United States Code, Section 1543.

COUNT 2

The Grand Jury further charges:

That on or about, September 24, 2001, in the District of Hawaii, MANOOCHEHR KAVEHPISHEH, also known as, "Alex Huss," "Alexander Hussey," "Alexandren Hussley," "Marque Akiaka," the defendant, did falsely and willfully represent himself to be a citizen of the United States when in truth and fact, the defendant well knew at that time that he was not a citizen of the United States.

All in violation of Title 18, United States Code, Sections 911.

DATED: October 10, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

UNITED STATES v. MANOOCHEHR KAVEHPISHEH
Cr. No. _____
INDICTMENT